# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-1150** **September Term, 2024**

**EPA-85FR14150**

**Filed On: November 7, 2024**

Natural Resources Defense Council,

Petitioner

v.

Michael S. Regan, Administrator, U.S. Environmental Protection Agency and Environmental Protection Agency,

Respondents

------------------------------

Air Permitting Forum and Auto Industry Forum,

Intervenors

------------------------------

Consolidated with 20-1151

**ORDER**

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that these consolidated cases are dismissed. No mandate will issue.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Scott H. Atchue
Deputy Clerk